# EXHIBIT 1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| HAYDEE ECHEVARRIA<br><br>     Plaintiff,<br><br>v.<br><br>UTITEC, INC.<br><br>     Defendant. | CIVIL ACTION NO.:<br>3:15-cv-01840-VLB<br><br><br><br>OCTOBER 3, 2017 |

## EXHIBIT 1: PROPOSED VOIR DIRE QUESTIONS

The Plaintiff, Haydee Echevarria, and the Defendant, Utitec, Inc., respectfully request that the Court include the following questions in its examination of prospective jurors, pursuant to Rule 47(a) of the Federal Rules of Civil Procedure, and permit Plaintiff and Defendant to supplement their inquiries if necessary.

1. Do you know anyone else on the jury panel?

2. Do you or anyone close to you know or have any connection to either of the Parties, including Utitec, Inc. employees or owners, or their Counsel?

 a. If so, what is the connection?

3. Do you or anyone close to you have personal knowledge regarding this litigation?

 a. If so, what is your knowledge and the source of the knowledge?

4. Do you have a personal interest, financial or otherwise, in the outcome of this case?

5. Have you or any member of your immediate family or any of your friends been personally acquainted with, related to, had business dealings with, currently or formerly employed by, or had any other relationship or business connection with any of the following individuals:

   a. Haydee Echevarria
   b. Kara Harlow;
   c. Arthur Dostaler;
   d. Robert Oppici;
   e. Raymond Goad;
   f. Samuel Oakes;
   g. Carl Contadini;
   h. Michael McGregor
   i. Yared Mengistu
   j. Joanne Joray
   k. Miriam Rodriguez
   l. Ronald Corriveau
   m. Andrew Thibeault
   n. Patricia Kasfeldt
   o. Kathy Kowolenko
   p. Sue Bridges
   q. Sharon Fitzgerald
   r. David Minnuci
   s. John Lipeika
   t. Robert Echevarria
   u. Dr. David Tkeshelashvili
   v. Sanju Adhikarri
   w. Archana Sharma
   x. Alessandra Buonopane
   y. Ladan Hamd

6. Have you ever served on a jury in the past? If so,

   a. What type of litigation?
   b. Was a verdict reached?
   c. If so, what was the verdict?
   d. Were you the foreperson?

7. Have you or anyone close to you been involved as a party or a witness in a lawsuit?

    a. If so, please describe.

8. Have you, or anyone close to you, ever filed a lawsuit? If yes, please describe.

9. Have you, or anyone close to you, ever filed a complaint against an employer with the Equal Employment Opportunities Commission (EEOC) or the Connecticut Commission on Human Rights and Opportunities?

    a. If yes, please describe.
    b. How was it resolved?
    c. Was it resolved to your satisfaction?

10. Have you or anyone close to you ever complained to an employer that you were discriminated against or harassed at work?

11. Have you or anyone close to you ever/ been sexually harassed in the workplace?

    a. If yes, describe
    b. Who was the harasser?
    c. Did you alert your supervisors? Why or why not?
    d. If yes, how did your employer handle it?
    e. Were you satisfied with how it was handled?
    f. Were you reluctant to complain?

12. Have you ever been responsible to counsel or discipline employees about misconduct of any type?

    a. If yes, describe the misconduct and what you did to counsel or discipline.
    b. Did the person complaining of the misconduct feel satisfied?
    c. Did the person accused of misconduct behave in the future?
    d. Did anyone bring any sort of legal complaint as a result.

13. Have you ever made a complaint in the workplace on someone else's behalf? For example, you knew that someone was being harassed but wouldn't speak up so you spoke up for them?

14. Have you or anyone close to you ever been accused of discrimination or treating someone unfairly because of their gender?
    a. If so, please describe.

15. Have you or anyone close to you ever been accused of harassing someone in the workplace?
    a. If so, please describe.

16. Have you ever been accused, whether investigated, arrested, charged, convicted-or not, of sexual misconduct or a sexually motivated crime?

17. Have you or anyone in your immediate family or any of your friends ever received any employment discipline that you consider unfair or unjustified?

18. Have you ever asked to be seated somewhere else so that you didn't have to work with an individual in the same location?
    a. If yes, describe the situation
    b. Did you raise the issue to anyone?
    c. Did you consider consulting with a lawyer?

19. Have you ever decided to leave a job because of harassment in the workplace?
    a. If yes, describe the situation
    b. Did you raise the issue to anyone?
    c. Did you consider consulting with a lawyer?

20. Have you or anyone close to you ever been in a work environment that caused you or someone close to you to experience physical or emotional symptoms or conditions?

    a. If yes, describe environment.
    b. If yes, describe symptoms.
    c. Did it result in you having to take medical leave?
    d. How did the situation resolve itself?
    e. Did you consider consulting with a lawyer?

21. Has anyone here had the experience of working somewhere where you felt that your employer didn't take sexual harassment seriously?

22. Has anyone here ever had the experience where you could have complained about sexual harassment but didn't because you felt that it would hurt your employment or your career?

23. Has anyone here ever worked somewhere where some employees got away with misconduct because of who they were, or who they were connected to, or their importance to the business?

24. Have you or anyone close to you ever been reprimanded, suspended, discharged, or subjected to some other adverse employment action after complaining to the employer that you/they were a victim of discrimination, harassment or retaliation?

    a. If so, please describe.

25. Have you or anyone close to you ever experienced retaliation for a complaint made in the workplace?

    a. If yes, describe the situation.
    b. Did you raise the issue to anyone?
    c. Did you consider consulting with a lawyer?

26. Have you or anyone close to you ever been accused of or found to have retaliated against someone who reported a claim of discrimination or harassment in the workplace?

    a. If yes, describe the situation.
    b. How was the situation resolved, if at all?
    c. Were you satisfied with the resolution of the situation?

27. Have you or anyone close to you ever had to take a leave of absence from work because of something a coworker or supervisor did at work?

28. Do you have any pre-conceived notions or beliefs about mental illness that may affect your ability to be impartial in this case, which involves emotional distress?

29. Have you or anyone close to you ever worked in the Tool Die Construction industry?

30. Are you or anyone close to you the owner/partner of a business?

    a. If yes, what is the size and nature of the business and what is your role in its management?

31. Are you or anyone close to you an employer?

    a. If so, what is the size and nature of the business and what is your role in its management?

32. Do you, or does someone close to you, have experience or training in the areas of medicine, psychology, counseling, or social work?

33. Does anyone here have experience or training in the field of antidiscrimination or antiharassment programs?

34. Do you or anyone in your immediate family or friends have education, training or experience with federal and/or state workplace discrimination or employment laws?

35. Have you or anyone close to you ever been employed as a member of a Human Resources Department?

36. Do your job responsibilities include disciplining, or hiring and firing employees?

37. Have you or anyone in your immediate family or any of your friends ever suffered emotional or mental distress that you believe was caused by an employer?

38. Are you inclined to think that because someone is suing her former employer that the employer probably did something wrong or it would not have been sued?

39. Do you believe an employer, manager, supervisor, or Human Resources representative is credible, based solely on their position?

40. Can you think of any reason at all—even if it is a small, nagging reason—why you feel you may not be able to keep an open mind as you hear all the evidence or be completely fair to one side or the other?

41. The defendant in this case is a corporation and the plaintiff is an individual. Do you think you might feel more favorable towards the plaintiff—even slightly or unintentionally—because she is an individual or against the defendant because it is a corporation?

42. Sometimes a natural reaction is to feel sympathy for the Defendant in a lawsuit. Would you allow such feelings to affect your decision in this case?

43. The functions of the judge and the jury are very different. You, as jurors, decide the facts, meaning you decide what happened. The judge – and only the judge – decides the law. I will tell you what the applicable law is at the close of the case, and you must apply that law to the facts as you find them, whether or not you agree with the law or believe that it is wise, fair or just. You may not substitute your own ideas of what you think the law should be. Can each of you follow this instruction without any reservation?

44. Do you feel that you have any difficulty following the rule of law, and that your verdict in this case cannot be based on speculation, guesswork, or assumption?

45. Is there anyone who, if selected to serve as a juror, would have any qualms about judging one side or the other to come to a verdict?

46. If you find that your beliefs differ from others on the jury, would you be able to stand up for your own beliefs?

47. Do you know of any reason why you would not be able to listen to the evidence fairly and impartially, and decide the issues strictly on the basis of the evidence you will hear in the courtroom, free of all bias and prejudice?