UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| HAYDEE ECHEVARRIA<br><br>Plaintiff,<br><br>v.<br><br>UTITEC, INC.<br><br>Defendant. | CIVIL ACTION NO.:<br>3:15-cv-01840-VLB<br><br><br><br>October 3, 2017 |

## DEFENDANT'S MOTION IN LIMINE REGARDING PLAINTIFF'S RECENT ARREST FOR SHOPLIFTING AS IT RELATES TO HER CLAIM FOR DAMAGES AND/OR FOR CREDIBILITY

Pursuant to Fed.R.Evid. 104(a), the defendant Utitec, Inc. hereby moves for an *in limine* ruling that admissible evidence may be introduced at trial concerning the plaintiff's July 2016 arrest for shoplifting and her subsequent statements to her medical providers regarding this event. As further explained in the accompanying memorandum of law, this evidence is highly relevant to the issue of the plaintiff's claim of significant emotional distress damages and to the plaintiff's credibility under Fed. R. Evid. 608(b)(1). For these reasons, Utitec respectfully requests that its motion *in limine* be granted.

{N5406843}

DEFENDANT,
UTITEC INC.,

        /s/
Giovanna Tiberii Weller
Federal Bar No. ct11187
Sarah S. Healey ct27952
Federal Bar ct28833
Carmody Torrance Sandak &
Hennessey LLP
195 Church Street, 18th Floor
P.O. Box 1950
New Haven, CT 06509
Phone: 203-777-5501
Fax: 203 784-3199
gweller@carmodylaw.com
shealey@carmodylaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2017, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the court's CM/ECF System.

/s/
Giovanna Tiberii Weller

{N5406843}